# MEMO ENDORSED

RECEIVED
MAY 0 2 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum,                                )
        Plaintiff                        )

  -against-                                      )          Docket No. 7:25-cv-00458

Legal Aid Society of Rockland County,           )
        Defendant                        )          **Notice of Motion**

PLEASE TAKE NOTICE that upon the Pleadings and Affidavits of Plaintiff Michael Buxbaum filed with the court on April 28, 2025 Plaintiff Michael Buxbaum will move before this Court at United States District Court Southern District of New York at 500 Pearl Street in the City of New York, County of New York, and State of New York on May 20, 2025 or soon thereafter for the granting of the Plaintiff's Michael Buxbaum's motion for an ORDER RESTRAINING Defendant Legal Aid Society of Rockland County, a not-for-profit corporation, from the legal responsibilities and legal duties with exclusive legal assignment from the Rockland County Family Court for attorney representation and legal counsel with exclusive legal appointment of Attorney for the Child in Rockland County, New York and an ORDER RESTRAINING Defendant Legal Aid Society of Rockland County from the tax exemption pursuant to Internal Revenue Code 501(c)3 for making fraudulent communications and False Claims for money to the United States Federal Government for money and spending such money fraudulently while in the judicial legal capacity of Attorney for the Child and fraudulently and wrongfully conducting the responsibilities and representation of Attorney for the Child in Rockland County in violation of U.S. Code Title 31 SUBTITLE III CHAPTER 37

SUBCHAPTER III § 3729 FALSE CLAIMS ACT; and in violation of the Internal Revenue Code section 501(c)3; and in violation of NYS Consolidated Laws, Chapter 35 Not-For-Profit Corporation, Article 1, including Article 2, Section 204 Limitation on activities, and Article 5, Section 520, Reports of Corporations; and for an immediate hearing from the United States District Court Southern District of New York for an ORDER for the Judicial DISSOLUTION of the not-for-profit corporation Defendant Legal Aid Society of Rockland County for providing legal services to those individuals able to afford or obtain them.

Plaintiff Michael Buxbaum

To date, Plaintiff has failed to explain how the factual allegations in his Second Amended Complaint ("SAC") state a claim under the False Claims Act as required by the Court's May 22, 2025 Order to Show Cause. (*See* Dkt. No. 21.) Plaintiff must make such a showing for this Court to invoke this Court's federal question jurisdiction. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States.")

Additionally, Plaintiff has failed to explain how he has standing to bring this Action as required by the Court's March 5, 2025 Order to Show Cause. (*See* Dkt. No. 4.) As explained in that Order, "federal courts are courts of limited jurisdiction," and so, pursuant to Article III of the U.S. Constitution, "can only resolve cases or controversies in which a plaintiff has a personal stake." *See Dacosta v. Associated Credit Servs., Inc.,* No. 24-CV-4833, 2024 WL 3966098, at *1 (E.D.N.Y. Aug. 28, 2024) (alteration adopted) (quotation marks omitted) (quoting *TransUnion LLC v. Ramirez,* 594 U.S. 413, 423 (2021)). A case or controversy exists only when a plaintiff has suffered "an injury[-]in[-]fact that is concrete, particularized, and actual or imminent." *Id.* Where a plaintiff has not suffered such an injury-in-fact, that plaintiff lacks standing to sue, and the federal courts lack jurisdiction to entertain that plaintiff's claims. *See id.*; *McPhee v. Laino,* No. 22-CV-10095, 2024 WL 967196, at *1 (S.D.N.Y. Mar. 5, 2024) ("The Court must dismiss an action, whether sua sponte or on a motion, if it determines it lacks subject-matter jurisdiction." (underlining omitted)).

Before the Court can evaluate the merits of Plaintiff's case, he must show the Court has jurisdiction over his claim. Accordingly, Plaintiff's Motion is denied without prejudice and Plaintiff is ordered to answer the Court's previous Orders to Show Cause by no later than January 5, 2026. Plaintiff has leave to refile the Motion once he has shown the Court's has proper jurisdiction over this Action by responding to its Orders to Show Cause.

The Clerk of Court is respectfully requested to mail a copy of this Order and the Court's Second Order to Show Cause (Dkt. No. 21) to Plaintiff and close the pending motion at Dkt. No. 15.

SO ORDERED.

December 5, 2025

**CERTIFIED MAIL** ™

FIRST-CLASS MAIL
U.S. POSTAGE AND
**FEES PAID**
LETTERSTREAM

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487



RECEIVED
MAY 0 2 2025
PRO SE OFFICE

USPS CERTIFIED MAIL



9214 8901 4298 0417 4567 74

0011517779000011
United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA

100073133D co99